UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GIEUVOIS CADEJUSTE,

    Plaintiff,

v.                                            Case No. 3:17cv463-MCR-CJK

KERNS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On August 9, 2017, the court ordered plaintiff to file either a notice of voluntary dismissal or an amended civil rights complaint within 30 days. (Doc. 7). The order advised plaintiff that failing to comply would result in a recommendation that this case be dismissed. To date, plaintiff has not complied with the August 9 order.

The Florida Department of Corrections' website indicates plaintiff was released from custody on August 27, 2017.[*] Plaintiff, however, has not provided the court with an updated mailing address. Based on the court's inability to contact plaintiff, the issuance of a show cause order would be futile. Thus, the undersigned recommends that this case be dismissed without prejudice.

---

[*] *See* http://www.dc.state.fl.us/OffenderSearch/Search.aspx (last visited Sept. 13, 2017).

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 13th day of September, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.